

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-16-00738-CV & 04-16-00723

**IN RE FE EXPRESS, LLC AND FRANCISCO JAVIER BERNAL,**

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file their reply brief is granted. We order the reply brief due July 28, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk